**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Dale Alan JOHNSON, Defendant— Appellant.**

No. 04–36056.

D.C. Nos. CV–04–00068–DWM, CR–02–00003–DWM.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Joshua A. Van De Wetering, Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

Measure & Wilson P.C., Kalispell, MT, for Defendant–Appellant.

Before T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges.

MEMORANDUM**

Federal prisoner Dale Alan Johnson appeals the district court's denial of his 28 U.S.C. § 2255 motion to vacate or correct his sentence for possession of methamphetamine with intent to distribute. Under *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), Johnson contends that the district court erred

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

in enhancing his sentence based on judge-found facts. Johnson's conviction was final as of the dates the *Booker* and *Blakely* decisions were issued. Johnson's claim is foreclosed because, as we recently held, "*Booker* does not apply retroactively to convictions that became final prior to its publication." *United States v. Cruz,* 423 F.3d 1119, 1119–120 (9th Cir.2005). *See also, Schardt v. Payne,* 414 F.3d 1025, 1036 (9th Cir.2005) (holding in a 28 U.S.C. § 2254 habeas action that *Blakely* does not apply retroactively to cases on collateral review). Consequently, we affirm the district court.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.